IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN COIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:24-cv-198 |
| | ) Judge Stephanie L. Haines |
| DEPUTY SECRETARY LAUREL | ) Magistrate Judge Maureen P. Kelly |
| HARRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Presently before the Court is an Amended Complaint in Civil Action pursuant to 42 U.S.C. § 1983 filed *pro se* by Kevin Coit ("Plaintiff") (ECF No. 2). Plaintiff filed suit against nearly 30 defendants alleging his civil rights were violated and he was the victim of assault while he was in the custody of the Department of Corrections ("DOC"). This case was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On December 10, 2025, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 21) recommending that Plaintiff's Amended Complaint (ECF No. 2) be dismissed for failure to prosecute. In her Report and Recommendation Judge Kelly provides a detailed accounting of the various opportunities provided to Plaintiff to properly proceed in the prosecution of his case. ECF No. 21, pp. 1-2. To date Plaintiff has not responded to the Second Order to Show Cause (ECF No. 13), nor has he submitted copies of the Amended Complaint for service as required by 28 U.S.C. § 1915(f). Plaintiff was advised that he had fourteen days to file written objections. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Plaintiff filed untimely objections on January 16, 2026 (ECF No. 23).

1

Providing leniency to Plaintiff as a *pro se* litigant the Court considered the arguments in Plaintiff's Objections which stated that he is not refusing to prosecute this case. Instead, he asserts that the DOC denies him his mail, pen and paper, and reading and writing material, as well as access to the law library. ECF No. 23 pp. 2, 3. He also states that "his indigent status [makes] it basically impossible to pay for copies and send a package that would exceed $11.00 dollars." ECF No. 23, p. 3.[1]

Upon review of the record and the Report and Recommendation (ECF No. 13) pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly in this matter. Judge Kelly correctly found Plaintiff's case to be languishing and properly dismissed it considering the balance of the *Poulis* factors. Put simply, Plaintiff is responsible under the law to provide service copies of the Amended Complaint and has been given ample time direction to do so. For nearly a year and a half he has failed to comply with the procedural necessities of this case.

Accordingly, the following order is entered:

## ORDER

AND NOW, this 5th day of February, 2026, IT IS ORDERED that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE. Plaintiff is permitted to refile this case in whole or as separate cases ***pursuant to the applicable rules***; and,

---

[1] In his Objections, Plaintiff requests court appointed counsel. ECF No. 23, p. 4. Appointment of counsel is not appropriate at this time. Furthermore, this Court notes that Local Civil Rule 10.C indicates that "[a]bsent special circumstances, no motions for the appointment of counsel will be granted until after dispositive motions have been resolved." Plaintiff has not alleged any circumstances that would warrant deviation from that rule.

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 21) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the clerk of court shall mark this case closed.

                                              Stephanie L. Haines
                                              United States District Judge

Kevin Coit
QQ6730
Sci-Greene
169 Progress Drive
Waynesburg, PA 15370
PRO SE